26469. GIBSON *v.* THE STATE.

MACINTYRE, J. The evidence amply authorized the verdict finding the defendant guilty of assault with intent to murder. The court did not err in overruling the motion for new trial, which contained the general grounds only.

*Judgment affirmed. Broyles, C. J. and Guerry, J. concur.*

DECIDED FEBRUARY 15, 1938.

320

*W. J. Wallace,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.